The People of the State of New York, Respondent,
against
Lamont Wilson, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered September 23, 2016, convicting him, upon a plea of guilty, of aggravated unlicensed driving in the third degree, and sentencing him to a $500 fine.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered September 23, 2016, affirmed.
We are unpersuaded that the bargained-for sentence imposed upon defendant's conviction for aggravated unlicensed driving - payment of a $500 fine - was unduly harsh or excessive, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). The defendant was sentenced in accordance with his bargained-for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]). Although defendant now claims that he is indigent, he never sought relief from the fine by way of a CPL 420.10(5) motion for re-sentencing (see People v Toledo, 101 AD3d 571 [2012], lv denied 21 NY3d 947 [2013]). Our disposition is without prejudice to such a motion being made by defendant.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 14, 2019